AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. CR 15-7-UNA |
| MATTHEW OPALISKI | ) |
| *Defendant* | ) |

## ARREST WARRANT

SEALED / UNSEALED 2/18/15

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **MATTHEW OPALISKI**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:922(a)(1)(A),(923(a) and 924(a)(1)(D) - UNLAWFUL FIREARMS DEALER - ( COUNTS I, II, AND IV )

18: 922(a)(5) and 924(a)(1)(D) - UNLAWFUL TRANSFER OF FIREARMS - ( COUNTS III & V )

Date: 02/13/2015

BY: *[signature]* DEPUTY CLERK
*Issuing officer's signature*

City and state: WILMINGTON, DE

JOHN A. CERINO; CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 2/18/2015
at *(city and state)* Greenwood, DE.

Date: 2/18/2015

*[signature]*
*Arresting officer's signature*

Thomas Hoffman
*Printed name and title*